IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

NEKOASE ANTWAN VINSON,

        Movant,

v.                                                   CIVIL ACTION NO.   3:12-1372
                                                      (Criminal No. 3:090-00099-02)

UNITED STATES OF AMERICA,

        Respondent.

**MEMORANDUM OPINION AND ORDER**

       This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that Movant's Motion that the Court consider the merits of his § 2255 Motion (ECF No. 373) be granted; motions to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 347) be denied; and this civil action be dismissed, with prejudice, and removed from the docket of this Court.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

       Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that Movant's Motion that the Court consider the merits of his § 2255 Motion (ECF No. 373) be **GRANTED**; motions to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 347) be **DENIED**; and this civil action be

Case 3:12-cv-01372   Document 428   Filed 12/04/13   Page 2 of 2 PageID #: 246

-2-

**DISMISSED**, **with prejudice**, and removed from the docket of this Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: December 4, 2013

_____
ROBERT C. CHAMBERS, CHIEF JUDGE